IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN MIGUEL NAVA,

    Petitioner.

No. CIV S-05-0811 FCD DAD P

ORDER

Petitioner is a state prisoner proceeding pro se. On April 25, 2005, petitioner filed an in forma pauperis application but did not file a petition or complaint to commence this action. On May 26, 2005, petitioner filed a letter with the court requesting an extension of time to file his habeas petition. Therein, petitioner states that he is aware that his "deadline is almost up" but he seeks an extension of time in order to review his transcripts and to obtain legal assistance.

Petitioner is advised that the court lacks authority to extend any applicable statute of limitations. Petitioner is cautioned that the habeas corpus statute imposes a one-year statute of limitations for filing non-capital habeas corpus petitions in federal court. In most cases, the one-year period will start to run on the date on which the state court judgment became final by the conclusion of direct review or the expiration of time for seeking direct review, although the statute of limitations is tolled while a properly filed application for state post-conviction or other collateral review is pending. See 28 U.S.C. § 2244(d).

/////

1  Because it now appears that petitioner wishes to file a petition for writ of habeas
2  corpus the Clerk of the Court will be directed to send petitioner the form for habeas corpus
3  application. Any habeas petition must be filed on the form provided by this court and must state
4  all claims and prayers for relief on the form. The petition must also bear the case number already
5  assigned to this action. Petitioner shall file his petition as soon as possible but in no event later
6  than thirty days from the date of this order.[1] Failure to do so will result in a recommendation that
7  this action be dismissed.

8  IT IS SO ORDERED

9  DATED: August 3, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
nava0811.ord

---

[1] The court makes no representations with respect to the timeliness of any petition filed in this action.

2