IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN MIGUEL NAVA,

    Petitioner.

No. CIV S-05-0811 FCD DAD P

ORDER

This action was dismissed on October 27, 2005.  On January 19, 2006, petitioner filed a motion for enlargement of time and a motion for appointment of counsel.  Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings in this case.

DATED: February 9, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
nava0811.158